AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C app §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BREEN, J. DANIEL | WESTERN DISTRICT OF TENNESSEE | 05/10/2010 |

| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S DISTRICT JUDGE/ACTIVE | Nomination, Date ☐<br>Initial ☐  Annual ✓  Final ☐<br>5b. ☐ Amended Report | 01/01/2009<br>to<br>12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 444 UNITED STATES COURTHOUSE<br>111 SOUTH HIGHLAND AVENUE<br>JACKSON, TN 38301 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executive Committee | National Conference of Federal Trial Judges |
| 2. Board of Directors | Federal Judges' Association |
| 3. Trustee | Trust #1 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✓ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Breen, J. Daniel

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section. (Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp 25-27 of filing instructions )*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 2/12/2009-2/15/2009 | Boston, MA | National Conference of Federal Trial Judges | travel, lodging and meals |
| 2. | Federal Judges Association | 5/02/2009-5/04/2009 | Washington, DC | Meeting | travel, lodging and meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/10/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2 | | |
| 3 | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bancorp South | A | Interest | K | T | | | | | |
| 2. IRA - Fidelity Mag | B | Dividend | L | T | | | | | |
| 3. CMA ACCT. - MERRILL LYNCH | | | | | | | | | |
| 4. Idaho Power Co. CS (now known as Idacorp, Inc.) | A | Dividend | J | T | | | | | |
| 5. Procter & Gamble CS | A | Dividend | K | T | | | | | |
| 6. Chicago, IL Brd. Ed. Bonds | A | Interest | J | T | | | | | |
| 7. AT&T CS | A | Dividend | J | T | | | | | |
| 8. Coca-Cola CS | A | Dividend | J | T | | | | | |
| 9. E.I Dupont CS | A | Dividend | J | T | | | | | |
| 10. Johnson & Johnson CS | A | Dividend | J | T | | | | | |
| 11. Waddell & Reed Acct | | | | | | | | | |
| 12. Waddell & Reed Strategy Port | A | Dividend | J | T | | | | | |
| 13. Waddell & Reed Balanced Port | A | Dividend | J | T | | | | | |
| 14. Waddell & Reed Bond Port | A | Dividend | J | T | | | | | |
| 15. Waddell & Reed Core Equity | A | Dividend | J | T | | | | | |
| 16. Waddell & Reed Growth Port | A | Dividend | J | T | | | | | |
| 17. Ivy VIP Mny Mkt | A | Interest | L | T | | | | | |

1. Income Gain Codes        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000   G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                                                  P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal            R =Cost (Real Estate Only)  S =Assessment              T =Cash Market
(See Column C2)             U =Book Value           V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Waddell & Reed High Income Port | A | Dividend | J | T | | | | | |
| 19. Waddell & Reed Science & Tech Port | A | Dividend | J | T | | | | | |
| 20. Waddell & Reed Small Cap Growth Port | A | Dividend | J | T | | | | | |
| 21. Waddell & Reed Trgt. Fd. Intl. Growth Port | A | Dividend | J | T | | | | | |
| 22. Waddell & Reed Value Port | A | Dividend | J | T | | | | | |
| 23. Waddell & Reed Global Ntrl. Res. Port | A | Dividend | J | T | | | | | |
| 24. Waddell & Reed Mid Cap Gwth Port | A | Dividend | J | T | | | | | |
| 25. Waddell & Reed Target Microcap Gwth | A | Dividend | J | T | | | | | |
| 26. Waddell & Reed Target Energy Port | A | Dividend | J | T | | | | | |
| 27. ING Acct. | | | | | | | | | |
| 28. ING Am. Fds. Gwth-Inc. Port | A | Dividend | J | T | | | | | |
| 29. Fidelity Contrafund | A | Dividend | J | T | | | | | |
| 30. ING FMR SM Diversified Midcap | A | Dividend | J | T | | | | | |
| 31. ING JP Morgan Small Cap Cove Eq. Port | A | Dividend | J | T | | | | | |
| 32. ING Am. Fds. Int'l Port | A | Dividend | J | T | | | | | |
| 33. IRA ACCOUNT - MERRILL LYNCH | | | | | | | | | |
| 34. American Capital WLG GRW and Inc. | A | Dividend | | | Sold | 5/26/09 | J | A | |

1. Income Gain Codes:
(See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes
(See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes
(See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05 10/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. American Capital Income | A | Dividend | J | T | Buy | 5/26/09 | J | | |
| 36. American Cap. WLD. GRW and Inc, | A | Dividend | | | Sold | 5/26/09 | J | A | |
| 37. American New Perspective | A | Dividend | J | T | | | | | |
| 38. American Short Term Bond | A | Dividend | J | T | Buy | 9/11/09 | J | | |
| 39. Coca Cola - CS | A | Dividend | J | T | | | | | |
| 40. Blackrock Low Duration Bd. Fd. | A | Dividend | K | T | Buy | 9/11/09 | K | | |
| 41. Duke Energy-CS | A | Dividend | J | T | | | | | |
| 42. Exxon Mobil - CS | A | Dividend | J | T | | | | | |
| 43. General Electric - CS | A | Dividend | J | T | | | | | |
| 44. Goldman Sachs Mid Cap Value Fd. | A | Dividend | | | Sold | 9/11/09 | J | A | |
| 45. Home Depot - CS | A | Dividend | J | T | | | | | |
| 46. Household Int'l - CS | A | Dividend | J | T | | | | | |
| 47. Johnson & Johnson - CS | A | Dividend | J | T | | | | | |
| 48. J. P. Morgan Chase & Co. | A | Dividend | J | T | | | | | |
| 49. McDonalds - CS | A | Dividend | J | T | | | | | |
| 50. Loomis Sayles Strategic Inc. Fd. | A | Dividend | J | T | Buy | 6/24/09 | J | | |
| 51. Merrill Lynch Variable Coupon Notes | A | Dividend | | | Sold | 2/13/09 | J | A | |

1 Income Gain Codes (See Columns B1 and D4) — A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000; F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2 Value Codes (See Columns C1 and D3) — J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000; N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000; P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3 Value Method Codes (See Column C2) — Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market; U =Book Value; V =Other; W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52 Microsoft Corp - CS | A | Dividend | J | T | | | | | |
| 53. Fidelity Advisor Mid-Cap Fd. | A | Dividend | J | T | Buy | 2/13/09 | J | | |
| 54. Spectra Energy Corp. CS | A | Dividend | J | T | | | | | |
| 55. Wal-Mart Stores - CS | A | Dividend | J | T | | | | | |
| 56. Pimco Total Return Fd. | A | Dividend | J | T | | | | | |
| 57. Blackrock Global Alloc. Fd. | A | Dividend | J | T | Buy | 11/10/09 | J | | |
| 58. IRA- MERRILL LYNCH | | | | | | | | | |
| 59. Sallie Mae Bank - CD | A | Interest | J | T | Buy | 5/27/09 | J | | |
| 60. DN Southside Bank - CD | A | Interest | J | T | Buy | 5/21/09 | J | | |
| 61. American Cap Grwth and Inc. Fd. | A | Dividend | | | Sold | 6/23/09 | J | A | |
| 62. American New Perspective Fd | A | Dividend | J | T | Buy | 6/23/09 | J | | |
| 63 American Capital Income | A | Dividend | J | T | | | | | |
| 64. American Growth Fd. | A | Dividend | | | Sold | 9/11/09 | J | A | |
| 65. American Short Term Bond Fd. | A | Dividend | J | T | Buy | 9/11/09 | J | | |
| 66. Blackrock Low Duration Bond Fd. | A | Dividend | K | T | Buy | 10/2/09 | K | | |
| 67. Fidelity Advisor | A | Dividend | J | T | | | | | |
| 68. Eaton Vance Low Duration Fd. | A | Dividend | J | T | Buy | 9/11/09 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Blackrock Global Alloc. | A | Dividend | K | T | | | | | |
| 70. National City Bank CD | A | Interest | | | Sold | 5/21/09 | J | | |
| 71. Franklin Income Fd | B | Dividend | K | T | | | | | |
| 72. Franklin Growth Fd. | A | Dividend | | | Sold | 9/11/09 | J | | |
| 73. Sallie Mae Bank CD | A | Interest | J | T | Buy | 5/27/09 | J | | |
| 74. John Hancock Balanced | A | Dividend | J | T | | | | | |
| 75. DN Southside Bank CD | A | Interest | J | T | Buy | 5/21/09 | J | | |
| 76. Am Cap. WLD Grw and Inc. | A | Dividend | | | Sold | 9/11/09 | J | | |
| 77. Am. Short Term Bd. Fd. | A | Dividend | J | T | Buy | 9/11/09 | J | | |
| 78. Primco Total Return Fd. | A | Dividend | J | T | | | | | |
| 79. Calamos Mkt. Neutral Inc. Fd. | A | Dividend | | | Sold | 10/2/09 | K | A | |
| 80. Blackrock Low Duration Bd. Fd. | A | Dividend | J | T | Buy | 10/2/09 | J | | |
| 81. Goldman Sachs Grwth Fd | A | Dividend | J | T | Buy | 9/11/09 | J | | |
| 82. Eaton Vance Large Cap Value Fd | A | Dividend | J | T | | | | | |
| 83. Hartford Cap Apprec. Fd | A | Dividend | K | T | | | | | |
| 84. Loomis Sayles Strag. Inc. Fd | A | Dividend | K | T | | | | | |
| 85. Merrill Lynch Money Market Fd | A | Interest | J | T | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Merrill Lynch Retirement Reserves | A | Interest | J | T | | | | | |
| 87. Procter & Gamble CS | A | Dividend | J | T | | | | | |
| 88. Waddell & Reed Advisors Small Cap | A | Dividend | J | T | | | | | |
| 89. Waddell & Reed Accumlative | A | Dividend | J | T | | | | | |
| 90. Waddell & Reed Core Investment | A | Dividend | J | T | | | | | |
| 91. Waddell & Reed Advisors Cash Managment | A | Dividend | J | T | | | | | |
| 92. First State Bank CD | B | Interest | | | Redeemed | 9/14/09 | J | A | |
| 93. BanCorp South CD | A | Interest | J | T | | | | | |
| 94. Ivy VIP Asset Strategy | A | Dividend | K | T | | | | | |
| 95. Ivy VIP Balanced Fd. | A | Dividend | J | T | | | | | |
| 96. Ivy Energy Fd. | A | Dividend | J | T | | | | | |
| 97. Ivy Global Nat'l Res. Fd. | A | Dividend | J | T | | | | | |
| 98. Ivy Intl Grwth Fd. | A | Dividend | J | T | | | | | |
| 99. Ivy Sci NC Tech Fd. | A | Dividend | J | T | | | | | |
| 100. | | | | | | | | | |
| 101. TRUST #1 (lines 101-128) (x) | | | | | | | | | |
| 102. - ML Bank Deposit Program | A | Interest | K | T | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. - CD GE Capital Financial | A | Interest | J | T | Buy | 6/18/09 | J | | |
| 104. -ML ARM SPX | B | Dividend | | | Sold | 10/22/09 | L | D | |
| 105. - RBC ARN SPX | A | Dividend | K | T | Buy | 10/28/09 | K | | |
| 106. MUTUAL FUNDS | | | | | | | | | |
| 107. -Blackrock Global Alloc. Fd. | A | Dividend | | | Sold | 6/18/09 | L | C | |
| 108. - Blackrock Cap & Inc. Strat | A | Dividend | J | T | | | | | |
| 109. -Blackrock Cap & Inc. Strat | A | Dividend | | | Sold | 6/18/09 | J | | |
| 110. - Eaton Vance Large Cap | A | Dividend | J | T | Buy | 6/18/09 | J | | |
| 111. Clough Global Alloc. Fd. | A | Dividend | | | Sold | 6/18/09 | K | | |
| 112. - First Eagle Global Fd. | A | Dividend | J | T | Buy | 6/18/09 | J | | |
| 113. - Hartford Mid Cap FC CL C | A | Dividend | J | T | Buy | 6/18/09 | J | | |
| 114. - Ivy Asset Strategy | A | Dividend | K | T | Sold (part) | 6/18/09 | K | | |
| 115. - Janus Forty Fd | A | Dividend | K | T | Buy | 6/18/09 | K | | |
| 116. - Loomis Sayles Strategic | A | Dividend | K | T | Buy | 6/18/09 | K | | |
| 117. - Lord Abbett National T/F | B | Dividend | L | T | Buy | 6/18/09 | L | | |
| 118. - Nuveen High Yield Muni Bd. Fd. | B | Dividend | K | T | Buy | 6/18/09 | K | | |
| 119. - Nuveen Trdwinds Value Fd | A | Dividend | J | T | Buy | 6/18/09 | J | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120.  - Principal High Yield | A | Dividend | J | T | Buy | 6/18/09 | J | | |
| 121.  -Aim Constellation Fd. | A | Dividend | | | Sold | 6/18/09 | J | | |
| 122.  - Bac ARn Rogrer | A | Dividend | J | T | Buy | 6/25/09 | J | | |
| 123.  -Citigroup Inc. CS | A | Dividend | | | Sold | 6/18/09 | J | | |
| 124.  -Conoco Phillips CS | A | Dividend | | | Sold | 6/18/09 | J | | |
| 125.  -Lifepoint Hosp. Inc. CS | A | Dividend | | | Sold | 6/18/09 | J | | |
| 126.  Microsoft Corp. CS | A | Dividend | | | Sold | 6/18/09 | J | | |
| 127.  Sek Am GEIB | A | Dividend | | | Sold | 4/18/09 | L | | |
| 128.  Travelers Co. CS | A | Dividend | | | Sold | 6/18/09 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/10/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/10/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544